UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  EDCV 14-848-VAP (KS)        Date: August 17, 2016

Title  *James Arthur Edwards v. Jeffrey Beard*

Present: The Honorable:  Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioners: | Attorneys Present for Defendants: |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

    On April 29, 2014, Petitioner, a state prisoner proceeding *pro se*, filed a Petition For Writ Of Habeas Corpus ("Petition"). (Dkt. No. 1.) The matter was stayed from May 29, 2014 until June 13, 2016. (*See* Dkt. Nos. 7, 37.) On July 11, 2016, Respondent moved to dismiss the Petition as untimely. (Dkt. No. 39.) The Court's Order of May 2, 2014 directed Petitioner to file an opposition, if any, to a motion to dismiss within 30 days of the date of service thereof. (Dkt. No. 4 at 3.) Accordingly, Petitioner's opposition was due on August 10, 2016.

    Seven days have now passed since the date on which Petitioner's opposition was due, and Petitioner has not filed a response to the Motion To Dismiss. Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting [ ] of the motion." Further, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a Petitioner "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Petitioner's failure to oppose the Motion To Dismiss and to timely comply with the Court's Order of May 2, 2014.

    However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before September 7, 2016** why the action should not be dismissed under Local Rule 7-12 and Rule 41(b) of the Federal Rules of Civil Procedure. Petitioner's response

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 14-848-VAP (KS)                                           Date: August 17, 2016

Title     *James Arthur Edwards v. Jeffrey Beard*

to this OSC must include <u>either</u>: (1) a complete and detailed opposition (in a manner fully complying with the Local Rules) to the Motion To Dismiss; or (2) a request for an extension to file the Opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Petitioner's failure to timely respond to the Motion To Dismiss.

<u>Alternatively</u>, Petitioner may discharge this Order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Petitioner is cautioned that his failure to respond to this order may lead the Court to recommend dismissal based on Local Rules 7-12 and Rule 41 of the Federal Rules of Civil Procedure.**

                                                                                                                    :
                                                       **Initials of Preparer**    rhw