JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JAMES ARTHUR EDWARDS,** | ) | **NO. EDCV 14-848-VAP (KS)** |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **JEFFREY BEARD,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 30, 2017

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE